# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| PATRICIA PISTILLI, | |
|         Plaintiff(s), | No. C 09-02424 MEJ |
|   v. | |
| MCDONNELL DOUGLAS, | **ORDER VACATING CMC** |
|         Defendant(s). | |

This matter is currently scheduled for a case management conference on September 10, 2009. However, as it appears that the case will be transferred to Pennsylvania, the Court hereby VACATES the CMC and all related deadlines.

**IT IS SO ORDERED.**

Dated: September 8, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge